# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCCALLA, JON P. | U.S. DISTRICT COURT | 08/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 1/1/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

167 N. MAIN STREET
11TH FLOOR
MEMPHIS, TN 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | 1ST TN BANK - CHECKING/ SAVING, MEMPHIS, TN | A | Interest | J | T | | | | | |
| 2. | MCCALLA FARMS, SHELBY CO, TN, APPRAISED 2/9/2017 | C | Rent | K | Q | | | | | |
| 3. | FARM LAND #1, SHELBY COUNTY, TN 12/16/94, APPRAISED 2/9/2017 | C | Rent | K | Q | | | | | |
| 4. | FARM LAND #2, SHELBY COUNTY, TN 11/28/94, APPRAISED 2/9/17 | C | Rent | K | Q | | | | | |
| 5. | FARM LAND #3, SHELBY COUNTY, TN 11/28/94, APPRAISED 2/9/2017 | C | Rent | K | Q | | | | | |
| 6. | IRA-MORGAN STANLEY-AMERICAN FUNDS-NEW PERSPECTIVE | C | Dividend | M | T | | | | | |
| 7. | AMERICAN FUNDS-INVESTMENT CO OF AMERICA | C | Dividend | L | T | | | | | |
| 8. | AMERICAN FUNDS-AMERICAN NEW PERSPECTIVES FUND | B | Dividend | L | T | | | | | |
| 9. | FRACTIONAL INTERESTS IN FARM LAND, SHELBY CO., TN, APPRAISED 2/9/2017 | C | Rent | L | Q | | | | | |
| 10. | FRACTIONAL INT. FARM LAND, INHERITED, SHELBY CO TN, APPRIASED 2/9/2017 | C | Rent | L | Q | | | | | |
| 11. | IRA-MORGAN STANLEY-VAN KAMPEN FD- VAN KAMPEN GROWTH & INCOME | D | Dividend | L | T | | | | | |
| 12. | IRA-MORGAN STANLEY-AMERICAN FUNDS-GROWTH FUND OF AMERICA | E | Dividend | M | T | | | | | |
| 13. | IRA-MORGAN STANLEY-GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 14. | IRA-MORGAN STANLEY-HOTCHKIS & WILEY FD- LRG CAP VAL FDS CL C | | None | | | Sold | 03/22/19 | L | B | |
| 15. | IRA-MORGAN STANLEY BANK-CASH | A | Interest | J | T | | | | | |
| 16. | AMERICAN FUNDS-TAX EXEMPT BOND FUND CL C | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. IRA-MORGAN STANLEY-CALAMOS NEW MARKET NEUTRAL CL I | | None | | | Sold | 03/22/19 | L | D | |
| 18. IRA-MORGAN STANLEY-GROWTH FUND OF AMERICA CL FI | D | Dividend | M | T | | | | | |
| 19. IRA-MORGAN STANLEY-HOTCHKIS & WILEY LARGE CAP VAL CL I | C | Dividend | M | T | | | | | |
| 20. FIDELITY-CASH | A | Interest | K | T | | | | | |
| 21. IRA-INVESTMENT CO OF AMERICA | B | Dividend | L | T | | | | | |
| 22. IRA-FIDELITY ADV NEW INSIGHTS | D | Dividend | M | T | | | | | |
| 23. IRA-FIDELITY ADV STRATEGIC INCOME | A | Dividend | L | T | | | | | |
| 24. IRA-DOUBLELINE TOTAL RETURN BOND | C | Dividend | M | T | | | | | |
| 25. IRA-AT&T | B | Dividend | K | T | | | | | |
| 26. IRA-CASH MORGAN STANLEY | A | Interest | J | T | | | | | |
| 27. IRA-TEMPLETON GLOBAL BOND | B | Dividend | K | T | | | | | |
| 28. FIDELITY-ISHARES S&P 500 GROWTH ETF | B | Dividend | L | T | | | | | |
| 29. FIDELITY-ISHARES S&P 500 VALUE ETF | A | Dividend | K | T | | | | | |
| 30. FIDELITY-ISHARES CORE S&P 500 ETF | C | Dividend | M | T | | | | | |
| 31. FIDELITY-SECTOR SPDR TR SHS BEN INT CONSUMER STAPLES | A | Dividend | J | T | | | | | |
| 32. IRA-MORGAN STANLEY- FPA FDS TR CRESCENT PORTFOLIO | | None | | | Sold | 03/22/19 | M | B | |
| 33. SCHWAB-ASHFORD HOSPITAL 8.45% PFD | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. SCHWAB-MUNI MONEY FUND | A | Interest | J | T | | | | | |
| 35. SCHWAB-COLONY CAPITAL 8.25% | A | Interest | J | T | | | | | |
| 36. IRREVBL TRUST U/A DTD 12/29/1999 DOD 8/23/2014 INCOME BENEFICIARY (H) | | | | | | | | | |
| 37. -AT&T X | D | Dividend | M | T | | | | | |
| 38. -CHEVRON X | A | Dividend | J | T | | | | | |
| 39. -EXXON MOBIL X | A | Dividend | J | T | | | | | |
| 40. -WISDOMTREE TRUST EMERGING MKT EQT | B | Dividend | K | T | | | | | |
| 41. -FIRST TRUST DJ GL SEL DVD | B | Dividend | K | T | | | | | |
| 42. -SPDR S&P DIVIDEND | B | Dividend | L | T | | | | | |
| 43. -BLACKROCK INC | A | Dividend | K | T | | | | | |
| 44. -CORTEVA (FORMERLY DOWDUPONT) | B | Dividend | J | T | | | | | |
| 45. -DOW INC (FORMERLY DOWDUPONT) | C | Dividend | J | T | | | | | |
| 46. -DUPONT DE NEMOURS (FORMERLY DOWDUPONT) | A | Dividend | J | T | | | | | |
| 47. -CORNING INC | A | Dividend | K | T | | | | | |
| 48. -WALGREENS BOOTS ALLIANCE | A | Dividend | J | T | | | | | |
| 49. -ABBVIE INC | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 50.  -BOEING CO | A | Dividend | K | T | | | | | |
| 51.  -MORGAN STANLEY CASH ACCOUNT | A | Interest | K | T | | | | | |
| 52.  -OLIN CORPORATION | A | Dividend | J | T | | | | | |
| 53.  -ISHARES SMALL CAP 600G ETF | A | Dividend | K | T | | | | | |
| 54.  -VISA INC CL A | A | Dividend | J | T | | | | | |
| 55.  -VANGUARD MIDCAP GROWTH ETF | A | Dividend | K | T | | | | | |
| 56.  -FIRST TR EXCHANGE TRADED FD VI | A | Dividend | K | T | | | | | |
| 57.  -S&P 500 INDEX | A | Dividend | K | T | | | | | |
| 58.  -ISHARES CORE MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 59.  -ISHARES CORE MSCI EMERGING | A | Dividend | J | T | | | | | |
| 60.  -PACER GBL CASH COWS | A | Dividend | J | T | | | | | |
| 61.  IRA-MORGAN STANLEY-JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 62.  MORGAN STANLEY BANK N.A. - MONEY MARKET X | A | Interest | J | T | | | | | |
| 63.  FIRST TRUST MID CAP VALUE | A | Dividend | K | T | | | | | |
| 64.  ISHARES SMALL CAP 600 ETF | A | Dividend | M | T | | | | | |
| 65.  VANGUARD MID CAP VALUE ETF | A | Dividend | L | T | | | | | |
| 66.  VANGUARD MID CAP GROWTH ETF | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 67. MORGAN STANLEY-ADVISORSHARES WILSHIRE BUYBACK | | None | | | Sold | 03/22/19 | L | D | |
| 68. MORGAN STANLEY BANK-CASH EQUIVALENT | A | Interest | J | T | | | | | |
| 69. MORGAN STANLEY BANK-CASH EQUIVALENT | A | Interest | J | T | | | | | |
| 70. FIDELITY-PROSHARES TRUST S&P 500 ETF | B | Dividend | L | T | | | | | |
| 71. FIDELITY-BERKSHIRE HATHAWAY INC DEL CL B NEW | | None | K | T | | | | | |
| 72. MORGAN STANLEY BANK-CASH EQUIVALENT | A | Interest | J | T | | | | | |
| 73. MORGAN STANLEY-INVESCO S&P MIDCAP MOMENTUM | A | Dividend | L | T | | | | | |
| 74. MORGAN STANLEY-VANGUARD SAMLL CAP ETF | A | Dividend | J | T | | | | | |
| 75. MORGAN STANLEY-PALO ALTO NETWORKS INC | | None | K | T | | | | | |
| 76. MORGAN STANLEY-SALESFORCE COM INC | B | Dividend | K | T | | | | | |
| 77. MORGAN STANLEY-SPDR S&P DIVIDEND | A | Dividend | K | T | | | | | |
| 78. MORGAN STANLEY-CHEVRON CORP | A | Dividend | J | T | | | | | |
| 79. MORGAN STANLEY-JOHNSON & JOHNSON PREF RATE | A | Dividend | J | T | | | | | |
| 80. MORGAN STANLEY-APPLE INC PREF RATE | A | Dividend | J | T | | | | | |
| 81. IRA-VANGUARD HEALTH CARE EFT | B | Dividend | L | T | | | | | |
| 82. IRA-CONS DISCRET SEL SECT SPDR | A | Dividend | L | T | | | | | |
| 83. IRA-THE FINANCIAL SEL SECT SPDR | | None | | | Sold | 04/18/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MCCALLA, JON P. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84.  IRA-THE TECHNOLOGY SEL SEC SPDR | A | Dividend | L | T | Sold (part) | 04/18/19 | J | D | |
| 85.  SCHWAB-EXANTAX CAP 8.625% PFD | B | Dividend | J | T | | | | | |
| 86.  SCHWAB-CAPSTEAD MTG C 7.5% PFD | A | Dividend | J | T | | | | | |
| 87.  SCHWAB-DFA US CORE EQUITY I PORT INSTL | D | Dividend | M | T | Buy (add'l) | 02/06/19 | J | | |
| 88.  SCHWAB-CEDAR REALTY 7.25% PFD | A | Dividend | J | T | | | | | |
| 89.  IRA-MORGAN STANLEY-FIDELITY ADV ENERGY I | A | Dividend | K | T | | | | | |
| 90.  IRA-MORGAN STANLEY-VANGUARD HEALTH CARE ETF | B | Dividend | M | T | | | | | |
| 91.  IRA-MORGAN STANLEY-CONS DISCRET SEL SECT SPDR FD | A | Dividend | L | T | Sold (part) | 07/01/19 | K | D | |
| 92.  IRA-THE TECHNOLOGY SEL SEC SPDR | A | Dividend | K | T | | | | | |
| 93.  IRA-MORGAN STANLEY-FIRST TR EX TRADED FD VI | B | Dividend | L | T | | | | | |
| 94.  IRA-MORGAN STANLEY-KINDER MORGAN INCORP | A | Dividend | K | T | | | | | |
| 95.  IRA-MORGAN STANLEY-PIMCO INCOME | | None | | | Sold | 03/22/19 | M | A | |
| 96.  MORGAN STANLEY-BLACKROCK MUNI HLDG | A | Interest | | | Sold | 04/25/19 | K | A | |
| 97.  MORGAN STANLEY-EATON VANCE MUNI INC 2028 | A | Dividend | K | T | Sold (part) | 12/31/19 | J | B | |
| 98.  MORGAN STANLEY-EV TABS INTERM-TERM MUNI | B | Interest | L | T | Sold (part) | 04/25/19 | J | A | |
| 99.  IRA-MORGAN STANLEY-BRANDES INTL SMALL CAP | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 100. IRA-MORGAN STANLEY-UNDISCOVERED MNGR BHVRL VL SEL | B | Dividend | K | T | | | | | |
| 101. IRA-MORGAN STANLEY-T ROWE PRICE INTL DISCOVERY | B | Dividend | M | T | | | | | |
| 102. IRA-MORGAN STANLEY-HARDING LOEVNER INTL EQUITY | | None | | | Sold | 03/22/19 | L | D | |
| 103. IRA-MORGAN STANLEY-VANGUARD INDEX FDS S&P 500 | B | Dividend | L | T | | | | | |
| 104. IRA-MORGAN STANLEY-SELECT SECTOR SPDR TD ETF | A | Dividend | J | T | | | | | |
| 105. SCHWAB-BLUEROCK RESI 8.25% PFD | A | Dividend | J | T | | | | | |
| 106. SCHWAB-A G N C INVES 7.75% PFD | | None | | | Sold | 11/26/19 | K | A | |
| 107. SCHWAB-ANWORTH MTG 7.625% PFD | B | Dividend | K | T | | | | | |
| 108. SCHWAB-CORENERGY INF 7.375% PFD | B | Dividend | K | T | | | | | |
| 109. SCHWAB-ASHFORD HOSPITAL 7.375% PFD | B | Dividend | | | Sold | 06/16/19 | K | A | |
| 110. SCHWAB-DRIVE SHACK INV 8.05% PFD | B | Dividend | J | T | | | | | |
| 111. SCHWAB-DRIVE SHACK INV 8.375% PFD | B | Dividend | J | T | | | | | |
| 112. SCHWAB-ANNALY CAPIT 7.625% PFD | A | Dividend | | | Sold | 07/22/19 | J | A | |
| 113. SCHWAB-ISTAR INC 8% PFD | B | Dividend | K | T | | | | | |
| 114. SCHWAB-ISTAR INC 7.5% PFD | B | Dividend | K | T | | | | | |
| 115. SCHWAB-HERSHA HOSPITY 6.5% PFD | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 116. MORGAN STANLEY-ISHARES CORE S&P TOTAL US STOCK | A | Dividend | J | T | | | | | |
| 117. MORGAN STANLEY-ISHARES CORE S&P TOTAL US STOCK | A | Dividend | J | T | | | | | |
| 118. SCHWAB-LANDMARK INFRAST 8% PFD | A | Dividend | K | T | | | | | |
| 119. SCHWAB-PEBBLEBROOK 6.375% PFD | A | Dividend | | | Sold | 08/06/19 | K | A | |
| 120. SCHWAB-CEDAR REALTY 6.5% PFD | B | Dividend | J | T | Sold (part) | 08/20/19 | K | A | |
| 121. SCHWAB-MONMOUTH REA 6.125% PFD | A | Dividend | K | T | | | | | |
| 122. SCHWAB-TWO HARBORS INV 7.5% PFD | B | Dividend | K | T | | | | | |
| 123. IRA-SCHWAB-CORENERTY INF 7.375% PFD | A | Dividend | J | T | | | | | |
| 124. IRA-SCHWAB-PEBBLEBROOK 6.375% PFD | A | Dividend | | | Sold | 08/08/19 | K | B | |
| 125. IRA-SCHWAB-UMH PROPERTIES 6.75% PFD | A | Dividend | K | T | | | | | |
| 126. IRA-SCHWAB-MONMOUTH REA 6.125% PFD | B | Dividend | K | T | | | | | |
| 127. FIDELITY-DODGE & COX | C | Dividend | K | T | | | | | |
| 128. FIDELITY-ISHARES CORE S&P TOTAL US STOCK | B | Dividend | M | T | | | | | |
| 129. FIDELITY-AMAZON | | None | L | T | | | | | |
| 130. IAR-MORGAN STANLEY-APPLE | A | Dividend | J | T | | | | | |
| 131. IRA-MORGAN STANLEY-BLACKROCK STRATEGIC | A | Dividend | | | Sold | 03/22/19 | L | A | |
| 132. IRA-MORGAN STANLEY-VANGUARD TOTAL STK MKT | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 133. IRA-MORGAN STANLEY-ISHARES CORE MSCI | A | Dividend | K | T | | | | | |
| 134. IRA-MORGAN STANLEY-ISHARES CORE MSCI EMERGING | A | Dividend | K | T | | | | | |
| 135. IRA-MORGAN STANLEY-APPLE | A | Dividend | J | T | | | | | |
| 136. IRA-SCHWAB-SUMMITT HOTEL 6.45% PFD | B | Dividend | K | T | | | | | |
| 137. IRA-SCHWAB-CITY OFFICE 6.625% PFD | A | Dividend | J | T | Buy (add'l) | 12/18/19 | J | | |
| 138. IRA-SCHWAB-COLONY CAPIT 7.125% PFD | A | Dividend | J | T | | | | | |
| 139. SCHWAB-PLYMOUTH INDU 7.5% | A | Dividend | J | T | | | | | |
| 140. SCHWAB-SUMMIT HOTEL 6.25% PFD | A | Dividend | J | T | | | | | |
| 141. SCHWAB-GLOBAL MEDICAL 7.5% | B | Dividend | K | T | | | | | |
| 142. SCHWAB-JERNIGAN CAPITAL 7% PFD | B | Dividend | K | T | | | | | |
| 143. SCHWAB-CBL & ASSOC 6.625% PFD | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 144. SCHWAB-SUMMIT HOTEL-6.45% | B | Dividend | K | T | | | | | |
| 145. SCHWAB-ASHFORD HOSP 7.375 SER G | A | Dividend | J | T | | | | | |
| 146. IRA-SCHWAB-JERNIGAN CAPITAL 7% PFD | A | Dividend | J | T | Buy | 02/01/19 | J | | |
| 147. IRA-SCHWAB-ARMOUR RESID 7.875% PFD | A | Dividend | J | T | Buy | 06/24/19 | J | | |
| 148. IRA-SCHWAB-ARLINGTON ASS 8.25% PFD | A | Dividend | J | T | Buy | 08/08/19 | J | | |
| 149. IRA-SCHWAB-GLOBAL NET LEASE 7.25% PFD | A | Dividend | J | T | Buy | 08/08/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 150.  IRA-SCHWAB-PENNSYLVANIA R 7.2% PFD | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 151.  IRA-SCHWAB-UMH PROPERTIES 6.375% PFD | | None | J | T | Buy | 12/16/19 | J | | |
| 152.  IRA-SCHWAB-BLUEROCK RES 7.125% PFD | | None | J | T | Buy | 12/16/19 | J | | |
| 153.  IRA-SCHWAB-ANNALY CAPITAL 6.5% | | None | K | T | Buy | 12/16/19 | K | | |
| 154.  IRA-SCHWAB-MONMOUTH REA 6.125% PFD | | None | | | Buy | 12/16/19 | K | | |
| 155. | | | | | Sold | 12/16/19 | K | A | |
| 156.  IRA-SCHWAB-FARMLAND PARTNER 6% PFD | | None | K | T | Buy | 12/18/19 | K | | |
| 157.  IRA-SCHWAB-NEW RESIDENT 7.125% PFD | | None | K | T | Buy | 12/16/19 | K | | |
| 158.  SCHWAB-INVESTORS RE 6.625% PFD | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 159.  SCHWAB-SOTHERLY HOT 7.875% PFD | A | Dividend | K | T | Buy | 09/03/19 | K | | |
| 160.  SCHWAB-GLOBAL NET LEASE 7.25% PFD | A | Dividend | K | T | Buy | 09/03/19 | K | | |
| 161.  SCHWAB-ARMOUR RESID 7.875% PFD | A | Dividend | K | T | Buy | 09/03/19 | K | | |
| 162.  SCHWAB-CITY OFFICE 6.625% PFD | A | Dividend | K | T | Buy | 09/04/19 | K | | |
| 163.  SCHWAB-ARLINGTON ASS 8.25% PFD | | None | J | T | Buy | 12/20/19 | J | | |
| 164.  SCHWAB-SCHWAB TOTAL STOCK MKT INDEX | | None | J | T | Buy | 12/20/19 | J | | |
| 165.  SCHWAB-SCHWAB INTL INDEX FUND | | None | J | T | Buy | 12/20/19 | J | | |
| 166.  SCHWAB-DFA INTL CORE EQUITY PORT INSTL | A | Dividend | K | T | Buy | 08/06/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 167. IRA-MORGAN STANLEY-VANGUARD DIVIDEND APPRECIATION | B | Dividend | M | T | Buy | 03/22/19 | M | | |
| 168. IRA-MORGAN STANLEY-WISDOMTREE US MIDCAP | B | Dividend | L | T | Buy | 03/22/19 | L | | |
| 169. IRA-MORGAN STANLEY-ISHARES CORE 1-5 YEAR | D | Dividend | M | T | Buy | 03/22/19 | M | | |
| 170. IRA-MORGAN STANLEY-VANGUARD DIVIDEND APPRECIATION | B | Dividend | L | T | Buy | 03/26/19 | L | | |
| 171. IRA-MORGAN STANLEY-ISHARES CORE 1.5 YEAR | B | Dividend | L | T | Buy | 03/26/19 | L | | |
| 172. IRA-MORGAN STANLEY-WABTEC CORP (SPIN OFF FROM GENERAL ELECTRIC) | | None | J | T | Spinoff (from line 13) | 02/25/19 | J | | |
| 173. | | | | | Sold (part) | 02/25/19 | J | A | |
| 174. MORGAN STANLEY-BLACKROCK MUNIHOLDING QUALITY | A | Dividend | J | T | Buy | 05/10/19 | J | | |
| 175. MORGAN STANLEY-ISHARES CORE 1-5 YEAR | B | Dividend | K | T | Buy | 03/26/19 | K | | |
| 176. AXA (X) | A | Dividend | J | T | | | | | |
| 177. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 15 of 16

**Name of Person Reporting**

MCCALLA, JON P.

**Date of Report**

08/12/2020

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SCHEDULE VII, LINE 2
1/3 INTEREST IN MCCALLA FARMS, SHELBY COUNTY, TENNESSEE WAS PURCHASED ON JULY 20, 1982 FOR $96,800. THIS LAND IS IN AGRICULTURAL USE; APPRAISAL 2/9/2017

SCHEDULE VII, LINE 3
INHERITED AN UNDIVIDED 1/12 INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE, DATED 12/16/94; APPRAISAL 2/9/2017

SCHEDULE VII, LINES 4 & 5
RECEIVED AN UNDIVIDED 1/6 INTEREST IN FARM LAND AND AN UNDIVIDED 1/12 INTEREST IN FARM LAND LOCATED IN SHELBY COUNTY, TENNESSEE, DATED 11/28/94; APPRAISAL 2/9/2017
.

SCHEDULE VII, LINE 9
FRACTIONAL INTERESTS IN FARM LAND IN SHELBY COUNTY, TENNESSEE GIFTED IN 2000; APPRAISAL 2/9/2017

SCHEDULE VII, LINE 10
FRACTIONAL INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE INHERITED IN 1992; APPRAISAL 2/9/2017

SCHEDULE VII, LINE 36
TRUST ESTABLISHED BY INHERITANCE FROM PARENT DOD 8/23/14

SCHEDULE VII, LINE 73
NAME CHANGE FROM INVESCO RUSSELL MIDCAP PURE DR

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JON P. MCCALLA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544